# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALFONSO DEL NEGRO,**
Appellant,

v.

**CAITLIN KELLY,**
Appellee.

No. 4D21-1981

[May 12, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Waters, Judge; L.T. Case No. 18001262CCAXMX.

Alfonso Del Negro, Conyers, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***